**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____        Chapter    11

☐ Check if this an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **South Coast Behavioral Health, Inc.** | |

| | |
|---|---|
| 2. | All other names debtor used in the last 8 years |
| | Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-5137855** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3151 Airway Ave, Suite T2** **Costa Mesa, CA 92626** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | Location of principal assets, if different from principal place of business |
| County | **3151 Airway Ave, Suite T2 Costa Mesa, CA 92626** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **http://www.scbh.com** |

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **South Coast Behavioral Health, Inc.**                              Case number *(if known)* _____
                Name

---

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    6232

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | Relationship | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

---

| Debtor | South Coast Behavioral Health, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**     *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    South Coast Behavioral Health, Inc.                                    Case number (if known)
           Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
    of authorized
    representative of debtor        I have been authorized to file this petition on behalf of the debtor.

                                    I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

                                    I declare under penalty of perjury that the foregoing is true and correct.

                                    Executed on    6/20/19
                                                   MM / DD / YYYY

                                    X  Charles A. McPhail C, Ph. D.                    Charles McPhail, Ph. D.
                                       Signature of authorized representative of debtor   Printed name

                                    Title    **President**

18. Signature of attorney    X                                            Date    6/20/19
                                Signature of attorney for debtor                   MM / DD / YYYY

                                **Michael N. Nicastro 161188**
                                Printed name

                                **Nicastro & Associates, P.C.**
                                Firm name

                                **130 Newport Center Drive**
                                **Suite 140**
                                **Newport Beach, CA 92660**
                                Number, Street, City, State & ZIP Code

                                Contact phone    **(949) 534-6990**    Email address    **courtfiling@nicastropc.com**

                                **161188 CA**
                                Bar number and State

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | South Coast Behavioral Health, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ability Driven 9630 Research Drive Irvine, CA 92618 | | Business Expense | | | | $46,122.00 |
| Accountax Corporate Services dba Bawla c/o Law Offices of Thomas E Ladegaard 5927 Balfour Court Suite 202 Carlsbad, CA 92008 | | Lawsuit. Superior Court of California, County of Orange. Case no. 30-2018-01034902-CU-BC-CJC | | | | $63,845.31 |
| Back Bay University LLC 660 Newport Center Drive Ste 200 Newport Beach, CA 92660 | | Business Expense | | | | $40,600.00 |
| Baraka Holding LLC c/o Michael J Lancaster LLP Stocker & Landcaster LLP 19200 Von Karman Ave Suite 600 Irvine, CA 92612 | | Lawsuit. Superior Court of California, County of Orange. Case no. 30-2018-00980865. | | | | $2,500,000.00 |
| California Choice 721 S Parker Street Orange, CA 92868 | | Business Expense | | | | $33,451.31 |
| Claim Path Holdings LLC 806 Avenida Pico Ste I-284 San Clemente, CA 92673 | | Business Expense | | | | $202,436.75 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **South Coast Behavioral Health, Inc.**    Case number (if known) _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Claim Path Solutions 806 Avenida Pico Suite I-284 San Clemente, CA 92673 | | Business Expense | | | | $325,389.89 |
| Dr Clint H Salo Inc 7762 Sequoia Circle Yorba Linda, CA 92886 | | Business Expense | | | | $25,200.00 |
| Dr Deborah Silveria 16991 Edgewater Lane Huntington Beach, CA 92649 | | Business Expense | | | | $19,000.00 |
| Employee Development Department PO Box 826880 MIC 83 Sacramento, CA 94280 | | State Unemployment Tax (UCC-1 State Tax Lien) 2016 - $78,059.27 2015 - $14,788.45 | | | | $92,847.72 |
| Howard Industries 8855 Washington Blvd Culver City, CA 90232 | | Business Expense | | | | $116,000.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 941 - Employer Quarterly Tax (UCC-1 Federal Tax Lien) 2015 - $36,629.68 2016 - $216,921.01 | | | | $253,550.69 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 941 - Employer Quarterly Tax (UCC-1 Federal Tax Lien) 2015 - $102,657.81 2016 - $216,965.44 | | | | $216,965.44 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 940 - Unemployment Tax (UCC-1 Federal Tax Lien) 2015 - $10,727.51 2016 - $9,902.08 | | | | $20,629.59 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **South Coast Behavioral Health, Inc.**                          Case number *(if known)*  _____
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jaime Askew c/o Zfaty Burns 660 Newport Center Drive Newport Beach, CA 92660 | | Lawsuit. Superior Court of California, County of Orange. Case no. 30-2018-00996594-CU-BC-CJC. See statement of financial affairs. | Contingent Unliquidated Disputed | | | $750,000.00 |
| Mercedes Benz Financial Services PO Box 5260 Carol Stream, IL 60197 | | Business Expense | | $29,200.13 | $0.00 | $29,200.13 |
| Michael T Louie DO PC 2 Hacienda Dr Arcadia, CA 91006 | | Business Expense | | | | $27,150.00 |
| OC Tax Collector PO Box 1438 Santa Ana, CA 92702 | | Business Expense | | | | $25,746.49 |
| Sanjai Thankachen PA 4681 Oceanknoll Dr Huntington Beach, CA 92649 | | Business Expense | | | | $40,750.00 |
| Strategic Management Group 7838 Airport Blvd Los Angeles, CA 90045 | | Business Expense | | | | $20,188.05 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

South Coast Behavioral Health, Inc.
3151 Airway Ave, Suite T2
Costa Mesa, CA 92626


Abdull Khan
3151 Airway Ave Suite T2
Costa Mesa, CA 92626


Ability Driven
9630 Research Drive
Irvine, CA 92618


ACCEI LLC
c/o 3151 Airway Drive Ste T2
Costa Mesa, CA 92626


Accountax Corporate Services
dba Bawla c/o Law Offices of Thomas
E Ladegaard
5927 Balfour Court Suite 202
Carlsbad, CA 92008


ADT Security
PO Box 371878
Pittsburgh, PA 15250


AFS/IBEX a Division of MetaBank
1301 Dove Street Suite 1000
Newport Beach, CA 92660


Alexander Banawa
633 Paularino Ave
Costa Mesa, CA 92626

Andre McPhail
6 Banyan Tree
Irvine, CA 92612


Ann San Juan Green
27 Cherokee Street
Trabuco Canyon, CA 92679


Ann Stapleton
11510 Palms Blvd
Los Angeles, CA 90066


Anthony Santa Cruz Deisgns
282 N Milford Street
Orange, CA 92867


APP Group International LLC
85 Broad Street 17th Floor
New York, NY 10004


Ascension Treatment Centers LLC
3151 Airway Ave Suite N1
Costa Mesa, CA 92626


ASSN Company
PO Box 2576
Springfield, IL 62708


AT&T
PO Box 5014
Carol Stream, IL 60197

Athar Inamar
c/o Michael J Lancaster
Stocker & Lancaster LLP
19200 Von Karman Ave Suite 600
Irvine, CA 92612


Atlas Advance Funding
160 Pearl St 4th Floor
New York, NY 10005


Atlas Advanced Funding
132 32nd Street
Brooklyn, NY 11232


Back Bay University LLC
660 Newport Center Drive Ste 200
Newport Beach, CA 92660


Baraka Holding LLC
c/o Michael J Lancaster LLP
Stocker & Landcaster LLP
19200 Von Karman Ave Suite 600
Irvine, CA 92612


Behaviorial Health Management
Services LLC
3151 Airway Ave Suite T2
Costa Mesa, CA 92626


Benjamin Partida
779 Olympic Ave
Costa Mesa, CA 92626


Beverly Consulting Group
269 S Beverly Dr
Beverly Hills, CA 90212

BMF Capital
1820 Avenue M Suite 225
Brooklyn, NY 11230


Bridge Funding Capital LLC
5308 13th Avenue Suite 324
Brooklyn, NY 11219


Bridge House LLC
3151 Airway Ave Suite T2
Costa Mesa, CA 92626


Bridge House LLC
3151 Airway Ave Suite N1
Costa Mesa, CA 92626


Bug Squad
26242 Enterprise Ct
Lake Forest, CA 92630-8405


California Choice
721 S Parker Street
Orange, CA 92868


Callie Snyder
6732 Bridgewater Drive
Huntington Beach, CA 92647


CAM86 LLC
c/o 3151 Airway Ave Ste T2
Costa Mesa, CA 92626

Capital Benefit Inc
2727 Newport Blvd Suite 203
Newport Beach, CA 92663


CCS Orange County Janitorial Inc
3001 Red Hill Ave
Costa Mesa, CA 92626-4529


Center for Human Potential LLC
3151 Airway Ave Suite T2
Costa Mesa, CA 92626


Center for Human Potential LLC
3151 Airway Ave Suite N1
Costa Mesa, CA 92626


Challenge Yourself Inc
3151 Airway Ave Suite T2
Costa Mesa, CA 92626


Charles McPhail
730 Harbor Island Drive
Newport Beach, CA 92660


Charles McPhail Jr
2528 Ocean Blvd
Corona Del Mar, CA 92625


Choice Builder
721 S Parker Suite 200
Orange, CA 92868

Cigna Healthcare
PO Box 188022
Chattanooga, TN 37422-8022


City of Newport Beach
PO Box 90607
Whittier, CA 90607


Claim Path Holdings LLC
806 Avenida Pico Ste I-284
San Clemente, CA 92673


Claim Path Solutions
806 Avenida Pico Suite I-284
San Clemente, CA 92673


CLIA Laboratory Program
PO Box 3056
Portland, OR 97208


Comerica
391200 Six Mile Road MC 7578
Livonia, MI 48152


Comerica Bank
151 S Rose Street
Kalamazoo, MI 49007


Complete Business Solutions Group
DBA Par Funding
20 N 3rd Street
Philadelphia, PA 19106

Cox Communications
PO Box 79173
Phoenix, AZ 85068


CR&R
PO Box 7183
Pasadena, CA 91109


Creditors Adjustment Bureau
c/o Law Offices of Kenneth J Freed
14226 Ventura Blvd
PO Box 5914
Sherman Oaks, CA 91413


Department of Health Care Services
PO Box 997413
Sacramento, CA 95899


Direct TV
PO Box 105261
Atlanta, GA 30348


DMV
PO Box 942897
Sacramento, CA 94297


Dolphin Guesthouse LLC
3151 Airway Avenue Suite T2
Costa Mesa, CA 92626


Dolphin Guesthouse LLC
3151 Airway Ave Suite N1
Costa Mesa, CA 92626

Dr Clint H Salo Inc
7762 Sequoia Circle
Yorba Linda, CA 92886


Dr Deborah Silveria
16991 Edgewater Lane
Huntington Beach, CA 92649


Duffner & Associates
763 S Coast Hwy #3
Laguna Beach, CA 92651


Edison
Post Box no 600
Rosemead, CA 91771-0001


Employee Development Department
PO Box 826880 MIC 83
Sacramento, CA 94280


Executive Guild Costa Mesa
Owners Association
16775 Von Karman Suite 100
Irvine, CA 92606


Fayes Fabulous Flowers
c/o 1772 S Robertson Blvd
Los Angeles, CA 90035


FedEx
PO Box 7221
Pasadena, CA 91109

FID Funding
85 Broad Street 17th Floor
New York, NY 10004


Fox Capital Group Inc
1001 N Federal Hwy Ste 310
Hallandale, FL 33009


Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Frontier
PO Box 740407
Cincinnati, OH 45274


Funding Metrics LLC
884 Town Center Drive
Langhorne, PA 19047


Gemini House LLC
3151 Airway Ave Suite T2
Costa Mesa, CA 92626


Gemini House LLC
3151 Airway Ave Suite N1
Costa Mesa, CA 92626


GMC Financial
PO Box 78143
Phoenix, AZ 85062

Green Leaf Sober Living
2653 S Cochan Ave
Los Angeles, CA 90016


Groundworks Realty
18301 Von Karman Avenue
suite 430
Irvine, CA 92612


GTR Source LLC
1006 Monmouth
Lakewood, NJ 08701


Guesthouse Inc A Corporation
3151 Airway Ave Suite T2
Costa Mesa, CA 92626


Hany Awad Electric
1126 Venice Blvd
Suite 4
Culver City, CA 90230


HCR Commercial Real Estate
3151 Airway Ave
Ste K 101
Costa Mesa, CA 92626


Howard Industries
8855 Washington Blvd
Culver City, CA 90232


Hybrid Plumbing
2052 Newport Blvd
suite 6 139
Costa Mesa, CA 92627

IKahn Capital LLC
160 Pearl Street 4th Floor
New York, NY 10005


Influx Capital
32 Court Street Suite 205
Brooklyn, NY 11201


Integritox Laboratories LLC
3151 Airway Ave
Ste 1 2
Costa Mesa, CA 92626


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


IRS Ohio
PO Box 145595
Cincinnati, OH 45250-5595


Irvine Ranch Water District
15600 Sand Canyon Ave
Irvine, CA 92618


Jackson Lewis PC
PO Box 416019
Boston, MA 02214-6019


Jackson Lewis PC
200 Spectrum Center Drive Suite 500
Irvine, CA 92618

Jaime Askew
c/o Zfaty Burns
660 Newport Center Drive
Newport Beach, CA 92660


James Cocco
21621 Kaneohe Lane
Huntington Beach, CA 92646


Jay Rockey APC
23586 Calabasas Rd Suite 200
Calabasas, CA 91302


JEA
PO Box 45047
Jacksonville, FL 32232-5047


John Pepe
F&S Carpet Cleaning


Jonelle Rosario
290 S Lemon Ave
Apt 212
Anaheim, CA 92805


Julio Morales C
461 W Colorado St
Suite 8
Glendale, CA 91204


Kash Capital
475 Northern Blvd
Brooklyn, NY 11201

Kipu Systems
55 Alhambra Plaza
6th Floor
Coral Gables, FL 33134


Konica Minolta Premier Finance
PO Box 105710
Atlanta, GA 30348


Kristi Hugstad
34392 Street of the Green Lantern
Dana Point, CA 92629


LA Department of Water and Power
PO Box 30808
Los Angeles, CA 90030-0808


Law Offices of Daniel C Carlton
3146 Red Hill Ave
Ste 100
Costa Mesa, CA 92626


Les Brewer
12336 Circula Panorama Pl North
Tustin, CA 92705


Lewis Brisbois Bisgaard & Smith
633 W Fifth Street
Suite 4000
Los Angeles, CA 90071


LSP Behavorial Health Consulting
19431 Rue De Valore
Sutie 44 A
Foothill Ranch, CA 92610

LSP Recovery Consulting
19431 Rue De Valore
Suite 44 A
Foothill Ranch, CA 92610


Matthew Smith
c/o Valiant Law
4150 Concours Street Suite 260
Ontario, CA 91764


Mercedes Benz Financial Services
PO Box 5260
Carol Stream, IL 60197


Michael Buley
Buley Law PC
4667 MacArthur Blvd Suite 300
Newport Beach, CA 92660


Michael J Buley Esq
4667 MacArthur Blvd
Ste 300
Newport Beach, CA 92660


Michael Rubin
58 Whispering Pines Lane
Lakewood, NJ 08701


Michael T Louie DO PC
2 Hacienda Dr
Arcadia, CA 91006


Mission Country
26522 La Altameda
Suite 395
Mission Viejo, CA 92691

Miyuki Kanda
316 Obispo Ave
Apt 4
Long Beach, CA 90814


Mr Advance LLC
35-12 19th Ave 3-W
Astoria, NY 11105


MRC
PO Box 843760
Los Angeles, CA 90084


National Exemption Service
PO Box 9020
Clearwater, FL 33758-9020


Next Traq
1200 Lake Hearn Dr
Suite 500
Brookhaven, GA 30319-1415


North Oakland Center for Potential
3151 Airway Ave Suite T2
Costa Mesa, CA 92626


Nu Key Jarom Moore
2318 England Street
Apt A
Huntington Beach, CA 92648


NY44 Health Benefits Plan Trust
Independent Health
Attn Denise Orlowski
511 Farger Lakes Drive
Buffalo, NY 14221

OC Tax Collector
PO Box 1438
Santa Ana, CA 92702


Ozman Mohiuddin
c/o Michael J Lancaster
Stocker & Lancaster LLP
192200 Von Karman Ave Suite 600
Irvine, CA 92612


Palmieri Tyler
1900 Main Street
Ste 700
Irvine, CA 92614


PayChex
1535 Scenic Ave
Ste 100
Costa Mesa, CA 92626


Quench USA Inc
PO Box 781393
Philadelphia, PA 19178


Region Capital
323 Sunny Isles Blvd Suite 501
North Miami Beach, FL 33160


Reliable Fast Cash LLC
262A Albany Ave
Brooklyn, NY 11213


Robert Werbe
4590 MacArthur Blvd
Ste 500
Newport Beach, CA 92660

Salas Financial
9320 Chesapeake Dr
Apt 116
San Diego, CA 92123


Sandra Martin
c/o Ares Law Group PC
23 Corporate Plaza Drive Suite 150
Newport Beach, CA 92660


Sanjai Thankachen PA
4681 Oceanknoll Dr
Huntington Beach, CA 92649


SCBH Laboratory LLC
3151 Airway Ave Suite T2
Costa Mesa, CA 92626


Shehzad Dalal
c/o Michael J Lancaster
Stocker & Lancaster LLP
19200 Von Karman Ave Suite 600
Irvine, CA 92612


Shred It LA
28883 Network Place
Chicago, IL 60673


SoCalGas
PO Box C
Monterey Park, CA 91756-5111


South Coast Behavioral Health
Guesthouse Inc
3151 Airway Ave Suite T2
Costa Mesa, CA 92626

South Coast Behavioral Health
Los Angeles LLC
3151 Airway Ave Suite T2
Costa Mesa, CA 92626


Southeast Leasing Services LLC
2739 US Highway 19 North
Holiday, FL 34691


Southeast Personnel Leasing Inc
3739 US Highway 19 North
Holiday, FL 34691


Spartan House LLC
3151 Airway Ave Suite T2
Costa Mesa, CA 92626


Spartan House LLC
3151 Airway Ave Suite N1
Costa Mesa, CA 92626


Spectrum
PO Box 60074
City of Industry, CA 91716


Stacy Pendleton
652 Agate Street
Laguna Beach, CA 92651


State Fund
Treasury and Investments PO Box 819
Pleasanton, CA 94588-8792

Stericycle
28161 N Keith Dr
Lake Forest, IL 60045


Strategic Management Group
7838 Airport Blvd
Los Angeles, CA 90045


Sysco
20701 Currier Road
Walnut, CA 91789


TCF Equipment Finance
11100 Wayzata Bl
Ste 801
Minnetonka, MN 55305


The Hartford
1 Pointe Dr
Ste 600
Brea, CA 92821


The Tova Company
1832 Scott Road
Suite C 5
Freeland, WA 98249


Third Avenue Investments LLC
PO Box 25717
Dept 363
Salt Lake City, UT 84125


Total Comfort HVAC
625 W Katella Ave
Ste 25
Orange, CA 92867

Toyota Finacial Services
PO Box 9490
Cedar Rapids, IA 52409


Unique Funding Solutions
c/o CT Corporation System
Attn SPRS
330 N Brand Blvd Suite 700
Glendale, CA 91203


US Bank
PO Box 3427
Oshkosh, WI 54904


Verde Garden
18232 Wellington Ave
Tustin, CA 90054


Verizon
2300 Harbor Blvd
Ste L2
Costa Mesa, CA 92626


Wellness Care Hotline LLC
3151 Airway Suite T2
Costa Mesa, CA 92626


West Coast Business Capital Inc
116 Nassau Street Suite 804
New York, NY 10038


West Coast Business Capital LLC
1 Evertrust Plaza Floor 14
Jersey City, NJ 07302

West Coast Capital
c/o Corporation Service Company
PO Box 2576
Springfield, IL 62708

Wilson House LLC
3151 Airway Ave Suite T2
Costa Mesa, CA 92626

Wilson House LLC
3151 Airway Ave Suite N1
Costa Mesa, CA 92626

Xerox Financial Services
PO Box 202882
Dallas, TX 75320

Yellowstone Capital
c/o CT Corporation System
Attn SPRS
330 N Brand Blvd Suite 700
Glendale, CA 91203